UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYDIA JAUREGUI,<br><br>             Plaintiff,<br><br>      v.<br><br>K. HOVANIAN AMERICAN MORTGAGE, LLC, etc., et al.,<br><br>             Defendants. | Case No. EDCV 09-00244 VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE as to Defendant MTC Financial Inc., dba Trustee Corps.

The Court orders that such judgment be entered.

Dated: March 24, 2009

_____
VIRGINIA A. PHILLIPS
United States District Judge